588 June 10, 2026 No. 546

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

MAURILIO NAVARRO-ORNELAS,
*Petitioner-Appellant,*

*v.*

Jeremy WAGNER,
Superintendent,
Oregon State Correctional Institution,
*Defendant-Respondent.*

Marion County Circuit Court
24CV04880; A186021

J. Channing Bennett, Judge.

Submitted May 7, 2026.

Jedediah Peterson and Equal Justice Law filed the brief for appellant.

Dan Rayfield, Attorney General, Paul L. Smith, Interim Solicitor General, and Jordan R. Silk, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *Aponte v. State of Oregon*, 320 Or App 141, 146, 512 P3d 868, *rev den*, 370 Or 455 (2022).